UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AZOTIC COATING TECHNOLOGY,
INC.,

        **Plaintiff,**
  v.                       CIVIL NO. 05-314 MJD/JGL

R.S. COVENANT, INC.

        **Defendant.**

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims, counterclaims and defenses in the above captioned case are dismissed with prejudice, with each party to bear its own costs and fees.

Dated: March 16, 2006        s / Michael J. Davis
                                        Michael J. Davis
                                        United States District Court Judge